COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name: Kelly Gavin v. Pamela S. Froeschner and Robert S. Evans

Appellate case number: 01-15-00223-CV

Trial court case number: 13-CV-0240

Trial court: 56th District Court of Galveston County

  On April 13, 2015, appellees timely filed an objection to our order of April 3, 2015 referring the parties to mediation. We **GRANT** the objection and vacate our mediation order of April 3, 2015.

  It is so ORDERED.

Judge's signature: <u>/s/ Rebeca Huddle</u>
      X  Acting individually  ☐ Acting for the Court

Date: <u>April 14, 2015</u>